1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ESTER BURNETT,

11           Plaintiff,                    No. CIV S-10-1088 EFB P

12      vs.

13  JACK ST. CLAIR, et al.,

14           Defendants.              <u>ORDER</u>

15  _____/

16      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17  U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

18      Plaintiff alleges a violation of his civil rights at the Sierra Conservation Center in

19  Tuolumne County.  Tuolumne County is in the Fresno Division of this court and the action

20  should have been commenced there.  *See* Local Rule 120(d).  The court has not yet ruled on

21  plaintiff's request to proceed *in forma pauperis*.

22      Accordingly, it is hereby orderd that:

23      1. This action is transferred to the Fresno Division.

24      2. The Clerk of Court shall assign a new case number.

25  ////

26  ////

1

1   3. All future filings shall bear the new case number and shall be filed at:

2   United States District Court
    Eastern District of California
3   2500 Tulare Street
    Fresno, CA 93721

5   DATED: May 11, 2010.

    _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE